SECRET

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 23-03150-01-CR-S-BCW |
| Plaintiff, | **COUNT 1** |
| | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) |
| v. | NMT 10 Years Imprisonment |
| | NMT $250,000 Fine |
| **CHARLES WAYNE CRAWFORD,** | NMT 3 Years Supervised Release |
| [DOB: 12-19-1996] | Class C Felony |
| Defendant. | $100 Special Assessment |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**

On or about May 13, 2023, in Greene County, in the Western District of Missouri, the defendant, **CHARLES WAYNE CRAWFORD**, in connection with the attempted acquisition of firearms, (1) an Anderson AM-15 receiver, bearing serial number 22134487, (2) an Anderson AM-15 receiver, bearing serial number 22134460, and (3) an Anderson AM-15 receiver bearing serial number 22134494, from Saint Louis Tactical, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to Saint Louis Tactical, which statement was intended and likely to deceive Saint Louis Tactical, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when in fact as the defendant then knew, he

1

had been charged with a felony, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**A TRUE BILL.**

*/s/ Clint Strong*
**FOREPERSON OF THE GRAND JURY**

*/s/ Stephanie Wan*
**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918

Dated: 12/19/2023
Springfield, Missouri