IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:23-CR-03150-BCW |
| | ) | |
| | ) | |
| CHARLES WAYNE CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation (Doc. #29) denying Defendant's motion to dismiss indictment. (Doc. #25).

On August 15, 2024, Defendant filed a motion to dismiss indictment. (Doc. #25). On September 13, 2024, after receiving an extension of time, the Government filed its opposition suggestions to Defendant's motion. (Doc. #28). Defendant did not file a reply suggestion and the time to do so has expired. On October 22, 2024, Judge Rush issued the instant Report and Recommendation denying Defendant's motion. (Doc. #29). Defendant has not filed an opposition to Judge Rush's Report and Recommendation and the time to do so has expired.

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #29), Defendant's motion to dismiss indictment (Doc. #25) is DENIED. It is further

1

ORDERED that Magistrate Judge Rush's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: <u>December 2, 2024</u>                                   /s/ Brian C. Wimes
                                                                JUDGE BRIAN C. WIMES
                                                                UNITED STATES DISTRICT COURT